IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

HEBERTO DORIAN CARDOZA OLIVARES,

Petitioner,

v. No. 2:26-cv-01701-KG-JHR

MARY DE ANDA-YBARRA, et al.,

Respondents.

**ORDER**

This matter is before the Court on Heberto Dorian Cardoza Olivares's Motion for Further Relief and Judicial Review of Habeas Order, Doc. 10. For the reasons below, the motion is denied.

On June 6, 2026, this Court ordered that Petitioner receive a bond hearing before an Immigration Judge ("IJ") to determine whether his continued detention was justified. Doc. 9. Pursuant to that order, an IJ conducted a bond hearing and determined that Petitioner is a flight risk, denying bond. Doc. 10 at 5. Petitioner now asks this Court to grant habeas relief, arguing that the IJ's flight-risk determination was unsupported. *Id.* at 2. But the record shows that the IJ properly evaluated the relevant flight-risk factors, and nothing before this Court indicates that the hearing was constitutionally deficient. *Id.* at 5. This Court therefore lacks jurisdiction to review the IJ's discretionary bond determination, and Petitioner's recourse is an appeal to the Board of Immigration Appeals. Petitioner's motion, Doc. 10, is therefore denied.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.